UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DARRELL GWIN,<br><br>　　　　　Defendant. | CASE NO. 2:01-CR-00356-MJP<br><br>ORDER ON MOTION FOR REDUCTION OF SENTENCE |

The Court, having received and reviewed:

1. Petitioner's Pro Se Motion for Reduction of Sentence (Dkt. No. 94)

2. United States' Response to Defendant's Motion (Dkt. No. 96)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Defendant seeks a reduction in the sentence assessed against him following a jury verdict of guilty on three counts: possession with intent to distribute cocaine, possession of a firearm as a convicted felon and carrying a firearm in commission of a drug trafficking crime. Defendant bases his request on the argument that the 327-month term to which he was sentenced was based

on a now-discredited disparity between possession of crack cocaine and possession of powder cocaine.

The Government is correct in its response: a review of the presentence report in this case makes it clear that Defendant's sentence was not based on USSG § 2D1.1 (which would render him eligible for a reduction), but rather on the Career Offender Guideline.  As a result, the Court's decision is bound by United States v. Wesson, 583 F.3d 728, 731 (9th Cir. 2009), which holds that a defendant sentenced as a Career Offender is not eligible for a reduction in sentence as a result of the change to USSG § 2D1.1 related to crack cocaine.  Because the guideline range under which Defendant was sentenced is not one that was reduced by an amendment to the Sentencing Guidelines, Defendant's sentence falls outside of 18 U.S.C. § 3582(c)(2) and this Court is without jurisdiction to grant his request.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 29, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION FOR REDUCTION OF
SENTENCE- 2